# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| THOMAS MILARD THOMPSON, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 5:07-cv-00057-JFG-JEO |
| ) | |
| WARDEN BILLY MITCHEM and THE ) | |
| ATTORNEY GENERAL OF THE STATE ) | |
| OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc. 6) and the objections of the petitioner (doc. 7) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice.

The petitioner's "Motion for Evidentiary Hearing and/or Jury Trial Demand" (doc. 8) is moot.

An appropriate order will be entered.

DONE and ORDERED 4 February 2008.

_____
UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.